SALLIE P. HAVEN, Respondent, v. THE PRESIDENT AND TRUSTEES OF THE VILLAGE OF OSSINING, Appellant.— Judgment and order of the County Court of Westchester county reversed on the law and the facts, and a new trial ordered, costs to abide the event, on the ground that the evidence of defendant's negligence was not sufficient to require submission to the jury. (*Harrington* v. *City of Buffalo,* 121 N. Y. 147.)    Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

In the Matter of the Application of JOHN B. COLEMAN and Others, Comprising the Firm of COLEMAN, STERN & ELLENWOOD, Respondents, for an Order and Decree Fixing the Reasonable Value, etc., for Their Professional Services, etc., for the Executors and Trustees of the Estate of MARY E. JONES, Deceased. ROSALIE G. JONES and Others, Individually and as Executors, etc., of MARY E. JONES, Deceased, and Another, Appellants.— Decree of the Surrogate's Court of Nassau county affirmed, with costs. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

In the Matter of the Application of IRENE LESSER and Others, Infants, etc., by PAULINE LESSER, Mother and General Guardian, Appellants, for Leave to Sell, etc., Certain Real Property.— Order modified by reducing the amount allowed to the referee and to the special guardian to the sum of $100 each, an t as so modified affirmed, with $10 costs and disbursements to the appellants. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur. Settle order on notice.

In the Matter of the Application of ANTHONY MOORS, Appellant, for an Order of Mandamus against CHARLES L. CRAIG, as Comptroller of the City of New York, and Another, Respondents.— Order denying motion for mandamus order affirmed, with fifty dollars costs and disbursements. No opinion. Rich, Jaycox, Manning and Kelby, JJ., concur; Kelly, P. J., dissents on the ground that the charges against the relator were not substantial.

In the Matter of the Application of MARY E. STOCKWELL, Appellant, for the Appointment of Appraisers to Appraise the Stock of LORD & BURNHAM COMPANY, a Body Corporate of the State of New York, Respondent.— Order reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on authority of *Matter of Stockwell,* decided herewith [210 App. Div. 753]. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

ARTHUR L. LYONS, Appellant, v. ARCHIE M. ANDREWS, Individually, Respondent, Impleaded with Others, Defendants.— Order granting motion for bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

CATHERINE MANCUSO, Appellant, v. ROCKAWAY ECONOMY LAUNDRY COMPANY, INC., Respondent.— Judgment and order reversed on the law and the facts, and a new trial granted, with costs to appellant to abide the event. We are of opinion that the question as to whether the chauffeur was furthering the business of his general employer should have been submitted to the jury. Kelly, P. J., Rich, Kelby and Young, JJ., concur; Jaycox, J., dissents.

WILLIAM J. MORGAN, Respondent, v. SAGAMORE DEVELOPMENT COMPANY, Appellant. (Action No. 2.) — Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.